UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROOR INTERNATIONAL BV; and
SREAM, INC.,

    Plaintiffs,

v.                                        Case No. 6:18-cv-1733-Orl-37GJK

S&T TOBACCO INTERNATIONAL,
INC.; and SAID LYAM,

    Defendants.
_____

## ORDER

Plaintiffs sued Defendants for trademark infringement. (Doc. 1.) Defendants failed to appear, and Plaintiffs successfully obtained an entry of default against them. (Docs. 13–15.) Now, Plaintiffs move for default judgment and an award of $15,000 in statutory damages and $826.77 in costs. (Doc. 16 ("**Motion**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends the Court grant in part and deny in part the Motion. (Doc. 17 ("**R&R**").) Specifically, Magistrate Judge Kelly found Plaintiffs demonstrated actual damages due to Defendants' willful trademark infringement and are entitled to $15,000 in statutory damages pursuant to the Lanham Act, but only $595.00 in costs. (*Id.* at 8.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the

Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 17) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' Motion for Default Final Judgment Against S&T Tobacco International, Inc. and Said Lyam is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **DENIED** to the extent Plaintiffs seek an award of $826.77 in costs.

    b. In all other respects, the Motion is **GRANTED**.

3. The Clerk is **DIRECTED** to:

    a. Enter default judgment in favor of Plaintiffs Roor International BV and Sream, Inc. and against Defendants S&T Tobacco International, Inc. and Said Lyam for damages in the amount of $15,595.00; and

    b. Close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 17, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record